# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2024

*The Court of Appeals hereby passes the following order:*

## A24E0045. RIDLEY v. FLOURNOY.

Edward Ridley's petition for issuance of a writ of mandamus in the above-styled case is hereby denied. See Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/07/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*